# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1937
_____

DUSTIN KANE LARGIN;
SYMPHONY OF MONTANA, LLC, a
Limited Liability Company; and
RN ENTERTAINMENT, LLC, a
Limited Liability Company,

     Petitioners,

     v.

ANDREA KERIAZES and DAVID
STEPHENSON,

     Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


January 15, 2025


PER CURIAM.

     Upon consideration of the notice of voluntary dismissal filed on November 5, 2024, the Court dismisses this proceeding. *See* Fla. R. App. P. 9.350(b).

LEWIS, BILBREY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Michael R. D'Lugo of Wicker Smith O'Hara McCoy & Ford, P.A., Orlando, for Petitioner Dustin Kane Largin; Christopher Barkas, S. Kyle Weaver, and Betty Akopyan of Carr Allison, Tallahassee, for Petitioners Symphony of Montana, LLC and RN Entertainment, LLC.

Brian J. Lee of Morgan & Morgan, Jacksonville, for Respondents.